# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 124 MAL 2023 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| EDWIN DAVIS, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 125 MAL 2023 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| EDWIN DAVIS, | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1st day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.